MHN

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| KESHA M. R. LEACH<br>*Plaintiff*<br>v.<br>ADVOCATE HEALTH & HOSPITALS CORP., et al.<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No.  08 C 5686 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:  defendants' motion for summary judgment is granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge  William J. Hibbler  on a motion for  summary judgment.

Date:  July 28, 2010

Michael W. Dobbins, Clerk of Court

/s/ Jacquelyn H. Collier
Deputy Clerk